**Dismissed and Opinion Filed July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01549-CR

### DELORES FAYE WASHINGTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-60912-H**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Lang-Miers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
131549F.U05



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DELORES FAYE WASHINGTON,
Appellant

No. 05-13-01549-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F12-60912-H.
Opinion delivered per curiam before
Justices Bridges, Francis, and Lang-Miers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 25, 2014